**LOWENSTEIN SANDLER PC**
Douglas S. Eakeley
65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500
*Attorneys for Defendant*
*Vulcan Materials Company*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LOUISIANA MUNICIPAL POLICE EMPLOYEES' RETIREMENT SYSTEM, on behalf of itself and all other similarly situated shareholders of VULCAN MATERIALS COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>PHILIP J. CARROLL, JR., PHILLIP W. FARMER, H. ALLEN FRANKLIN, DONALD M. JAMES, ANN MCLAUGHLIN KOROLOGOS, DOUGLAS J. MCGREGOR, RICHARD T. O'BRIEN, JAMES T. PROKOPANKO, DONALD B. RICE, VINCENT J. TROSINO, and VULCAN MATERIALS COMPANY,<br><br>Defendants. | Civil Action  No. 11-cv-7571 (WJM)(MF)<br><br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Vulcan Materials

Company, by and through its undersigned counsel, certifies that (1) Vulcan Materials Company

is a non-governmental corporate party with no parent corporation and (2) there is no other

publicly traded company that owns 10% or more of its stock.

**LOWENSTEIN SANDLER PC**

Dated:  January 11, 2012

By:___/s/ Douglas S. Eakeley_____
Douglas S. Eakeley
**LOWENSTEIN SANDLER PC**
65 Livingston Avenue
Roseland, New Jersey  07068
Tel:  (973) 597-2500
Fax:  (973) 597-2400
deakeley@lowenstein.com
*Attorneys for Defendant Vulcan Materials Company*

V8981/8
01/11/2012 19468152.1