UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CITY OF SOUTHFIELD POLICE AND FIRE RETIREMENT SYSTEM, on behalf of itself and all other similarly situated shareholders of VULCAN MATERIALS COMPANY,<br><br>      Plaintiff,<br><br> v.<br><br>PHILIP J. CARROLL, JR., PHILLIP W. FARMER, H. ALLEN FRANKLIN, DONALD M. JAMES, ANN MCLAUGHLIN KOROLOGOS, DOUGLAS J. MCGREGOR, RICHARD T. O'BRIEN, JAMES T. PROKOPANKO, DONALD B. RICE, VINCENT J. TROSINO, and VULCAN MATERIALS COMPANY,<br><br>      Defendants. | Civil Action No.: 2:11-07416(WJM)(MF) |
| LOUISIANA MUNICIPAL POLICE EMPLOYEES' RETIREMENT SYSTEM, on behalf of itself and all other similarly situated shareholders of VULCAN MATERIALS COMPANY,<br><br>      Plaintiff,<br><br> v.<br><br>PHILIP J. CARROLL, JR., PHILLIP W. FARMER, H. ALLEN FRANKLIN, DONALD M. JAMES, ANN MCLAUGHLIN KOROLOGOS, DOUGLAS J. MCGREGOR, RICHARD T. O'BRIEN, JAMES T. PROKOPANKO, DONALD B. RICE, VINCENT J. TROSINO, and VULCAN MATERIALS COMPANY,<br><br>      Defendants. | Civil Action No.: 2:11-07571(WJM)(MF) |

# **ORDER**

THIS MATTER having been opened to the Court by Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C., Grant & Eisenhofer P.A. and Bernstein Litowitz Berger & Grossmann LLP, counsel for Plaintiffs in the above captioned matters, and counsel for all Plaintiffs consenting hereto and good cause appearing,

IT IS THIS _____ day of _____, 2011

ORDERED as follows:

1. The above-captioned actions are hereby consolidated for discovery and trial under Civil Action No. 2:11-07416(WJM)(MF) (the "Consolidated Actions"). All future filings applicable to any of the Consolidated Actions shall be made in Civil Action 2:11-07416(WJM)(MF).

2. All future filings in the Consolidated Actions shall use the following caption:

| IN RE: <br><br> VULCAN MATERIALS COMPANY SHAREHOLDER LITIGATION | Civil Action No. 2:11-07416(WJM)(MF) |
|---|---|

3. Any civil actions filed in this District as "related actions" or raising the same or substantially similar claims shall also be consolidated with the foregoing actions. The Clerk shall provide a copy of this Order to counsel in any subsequently filed "related actions". Co-Lead Counsel in the Consolidated Actions shall promptly notify the Court of actions that should be consolidated pursuant to this Order but not filed as a "related action."

4. This Order shall be binding upon all future actions related to the subject matter of the Consolidated Actions filed in or transferred to this District.

5. Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C., Grant & Eisenhofer P.A. and Bernstein Litowitz Berger & Grossmann LLP are hereby appointed as Interim Lead Counsel.

6. Interim Lead Class shall be responsible for coordinating the activities of Plaintiffs during pretrial proceedings and shall have the sole authority to:

a. determine and present (in briefs, oral argument, or such other fashion as may be appropriate, personally or by a designee) to the Court and opposing parties the position of the Plaintiffs on all matters arising during pretrial proceedings;

b. coordinate the initiation and conduct of discovery on behalf of Plaintiffs consistent with the requirements of the Federal Rules;

c. conduct settlement negotiations on behalf of Plaintiffs and the putative class;

d. delegate specific tasks to other counsel in a manner to ensure that pretrial preparation for the Plaintiffs is conducted efficiently and effectively;

e. enter into stipulations with opposing counsel as necessary for the conduct of the litigation;

f. monitor the activities of all counsel to ensure that schedules are met and unnecessary expenditures of time and funds are avoided;

g. perform such other duties as may be incidental to the proper coordination of plaintiffs' pretrial activities or authorized by further order of the court.

_____
THE HONORABLE MARK FALK, U.S.M.J.