**LOWENSTEIN SANDLER PC**
Douglas S. Eakeley
Melissa Toner Lozner
Kerstin M. Sundstrom
65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LOUISIANA MUNICIPAL POLICE EMPLOYEES' RETIREMENT SYSTEM, on behalf of itself and all other similarly situated shareholders of VULCAN MATERIALS COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>PHILIP J. CARROLL, JR., PHILLIP W. FARMER, H. ALLEN FRANKLIN, DONALD M. JAMES, ANN MCLAUGHLIN KOROLOGOS, DOUGLAS J. MCGREGOR, RICHARD T. O'BRIEN, JAMES T. PROKOPANKO, DONALD B. RICE, VINCENT J. TROSINO, and VULCAN MATERIALS COMPANY,<br><br>Defendants. | Civil Action No. 11-cv-7571 (WJM)(MF)<br><br>**DEFENDANTS' APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE RESPOND PURSUANT TO LOCAL CIVIL RULE 6.1**<br><br>**(Document Filed Electronically)** |

Application is hereby made for a Clerk's Order, pursuant to Local Civil Rule 6.1, extending the time within which Defendants must answer, move, or otherwise respond to the Complaint and Demand for Trial by Jury filed by Plaintiff Louisiana Municipal Police Employee Retirement System ("Plaintiff"), for a period of fourteen (14) days, through and including February 10, 2012; and it is represented that:

-2-

1. Defendants were served with Plaintiff's Complaint and Demand for Trial by Jury on January 6, 2012.

2. Defendants' time to answer, move or otherwise respond to Plaintiff's Complaint and Demand for Trial by Jury currently expires on January 27, 2012.

3. Pursuant to Local Civil Rule 6.1, Defendants hereby request a fourteen-day extension of time, through February 10, 2012, to answer, move, or otherwise respond to Plaintiff's Complaint and Demand for Trial by Jury.

4. This is Defendants' first request for an extension of time in which to respond to Plaintiff's Complaint and Demand for Trial by Jury.

                Respectfully submitted,

Dated: January 20, 2012        By: /s/ Douglas S. Eakeley
                Douglas S. Eakeley
                **LOWENSTEIN SANDER PC**
                65 Livingston Avenue
                Roseland, New Jersey 07068
                973.597.2500
                973.597.2400 (facsimile)
                *Attorneys for Defendants*

## **ORDER**

The above application is **ORDERED GRANTED** and the time for Defendants to answer, move or otherwise respond to the Complaint and Demand for Trial by Jury is hereby extended to February 10, 2012.

Dated: _____, 2012          **WILLIAM T. WALSH, Clerk**


                                                  By:_____

                                                  Deputy Clerk

## CERTIFICATION OF SERVICE

I, **DOUGLAS S. EAKELEY**, being of full age, hereby certify pursuant to 28 U.S.C. § 1746 that I am a member of the Bar of this Court and a partner of the law firm of Lowenstein Sandler PC, attorneys for Defendants in the above-captioned matter, and that a true and correct copy of Defendants' Application for Extension of Time to Answer, Move or Otherwise Respond Pursuant to Local Civil Rule 6.1 and this Certification of Service were, on this date, January 20, 2012, filed with the Court and served via ECF on all counsel of record in the above-captioned action.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: January 20, 2012            By:   /s/ Douglas S. Eakeley
                                                         Douglas S. Eakeley
                                                         **LOWENSTEIN SANDER PC**
                                                         65 Livingston Avenue
                                                         Roseland, New Jersey 07068
                                                         973.597.2500
                                                         973.597.2400 (facsimile)
                                                         *Attorneys for Defendants*